JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE PARKS**, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**DIVERSIFIED ADJUSTMENT SERVICE, INC.**, a business entity; and DOES 1 through 10 inclusive,<br><br>        Defendant. | Case No: 5:16-cv-01365-JVS-GJS<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSANT TO FRCP 41(a)(1)(A)(ii)** |

    The Court has reviewed the Stipulation Re: Dismissal of Plaintiff LAWRENCE PARKS and Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC. (collectively, "the Parties") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between Parties, the Court orders as follows:

/ / /

/ / /

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to
2  FRCP 41(a)(1)(A)(ii). Each Party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: January 12, 2017

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE